UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BONDI,<br><br>        Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE HOLDINGS, INC., *et al.*,<br><br>        Defendants. | Case No. 2:14-cv-01215-LDG-GWF<br><br>**ORDER** |

This matter is before the Court on the Proposed Joint Discovery Plan and Scheduling Order (#14), filed on December 15, 2014.  The parties have submitted a proposed discovery plan and scheduling order, but represent that discovery shall be held in abeyance until disposition of Defendants' pending motion to dismiss.  The parties are admonished that the filing of a motion to dismiss does not automatically result in a stay of discovery or the requirement to file a discovery plan and scheduling order.  If the parties desire a stay of discovery, then they must file a motion for stay, or a stipulation setting forth the justification for entry of a stay order.  Accordingly,

**IT IS HEREBY ORDERED** that the Proposed Joint Discovery Plan and Scheduling Order (#14) is denied, without prejudice.  An appropriate motion to stay discovery or a proposed discovery plan and scheduling order shall be filed on or before **December 29, 2014**.

DATED this 16th day of December, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge