# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL BONDI,

    Plaintiff,

v.

NATIONSTAR MORTGAGE HOLDINGS, INC., *et al*.,

    Defendants.

Case No. 2:14-cv-01215-LDG (GWF)

**ORDER**

    Defendants Nationstar Mortgage Holdings, Inc. and Bank of America Corporation move to dismiss (#10) plaintiff Michael Bondi's complaint. The defendants argue that Bondi has named the incorrect entities. Bondi has responded (#11), conceding that he has named the incorrect entities, and asking for leave to amend his complaint to correct his error. Bondi has further moved to amend his complaint to correct the error (#22). Accordingly,

    THE COURT **ORDERS** that Defendants' Motion to Dismiss (#10) is GRANTED;

1  THE COURT FURTHER **ORDERS** that Plaintiff's Motion to Amend Complaint (#22)
2  is GRANTED.  The Court grants Plaintiff leave to file the Amended Complaint attached as
3  Exhibit 1 to his reply (#25) within 21 days of the entry of this order.

5  DATED this __14th__ day of September, 2015.

_____
Lloyd D. George
United States District Judge