REBECCA A. FULLER, ESQ.
Nevada Bar No. 9809
Fuller Law Practice, PC
500 N Rainbow Blvd., Suite 300
Las Vegas, Nevada 89107
PH (702) 553-3266
FX (702) 553-3267
info@fullerlawpractice.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BONDI, <br><br> Plaintiff, <br><br> v. <br><br> NATIONSTAR MORTGAGE, LLC, a limited liability company; BANK OF AMERICA, N.A.; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | Case No.: 2:14-cv-001215-LDG-GWF <br><br> **STIPULATION TO TAKE DEPOSITION** |

    The parties to this action, by and through their respective attorneys of record, stipulate and agree as follows:

    1. Defendant Bank of America, N.A., has noticed the deposition of Plaintiff in this action for January 6, 2016; however, Plaintiff's counsel is unavailable on the noticed date and the parties are in the process of determining a mutually convenient date for said deposition.

    2. The parties disagree as to whether there is an applicable discovery deadline in place. Plaintiff contends that there is currently no applicable discovery plan, as the prior complaint was dismissed as to both previous Defendants and no discovery plan has been completed since the filing of a response of the current Defendants to this action.  Plaintiff further contends that, even if the prior discovery plan is applicable, the deadlines should be extended. Defendants contend that the previous discovery plan is applicable, with a discovery cut off date of January 11, 2016. Plaintiff is in the process of drafting a Motion to resolve this issue.

/ / /

/ / /

1



3. In the meantime, the parties stipulate and agree that Plaintiff's deposition may be moved from January 6, 2016, to January 26, 2016, to accommodate Plaintiff's schedule.

**IT IS SO STIPULATED.**

Dated this 5th day of January, 2016.

| **FULLER LAW PRACTICE, PC** | **AKERMAN, LLP** |
|---|---|
| /s/ Rebecca A. Fuller, Esq. | /s/ Darren Brenner, Esq. |
| Rebecca A. Fuller, Esq. | Darren Brenner, Esq. |
| Nevada Bar No. 9809 | Nevada Bar No. 8386 |
| 500 N. Rainbow Blvd., Suite 300 | 1160 Town Center Dr., Suite 330 |
| Las Vegas, Nevada 89107 | Las Vegas, NV 89144 |
| PH (702) 553-3266  FX (702) 553-3267 | PH (702) 634-5000  FX (702) 380-8572 |
| rfuller@fullerlawpractice.com | darren.brenner@akerman.com |
| Attorney for Plaintiff | Attorney for Defendants |

## ORDER

Having reviewed the foregoing stipulation of the parties, and finding good cause therefor,

**IT IS HEREBY ORDERED** that Plaintiff's deposition may be taken on January 26, 2016.

**IT IS SO ORDERED.**

Dated this 6th day of January, 2016.

_/s/ George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge