ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: allison.schmidt@akerman.com

*Attorneys for Defendants Nationstar Mortgage,
LLC and Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BONDI,<br><br>        Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company; BANK OF AMERICA, N.A., DOES I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>        Defendants. | Case No.: 2:14-cv-01215-LDG-GWF<br><br>**ERRATA TO BANK OF AMERICA, N.A.'S MOTION FOR SUMMARY JUDGMENT** |

…

…

…

…

…

…

1  Defendant Bank of America, N.A. (**BANA**) submits this errata to its Motion For Summary
2  Judgment [Docket. No. 53]. Inadvertently, the incorrect exhibits were produced.
3  The correct exhibits, A through F, are now attached to this errata.

DATED this 13th day of April, 2016.

**AKERMAN LLP**

/s/ *Allison R. Schmidt, Esq.*_____
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Defendants Nationstar Mortgage, LLC, and Bank of America, N.A.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 13th day of April, 2016 and pursuant to FRCP 5, I served via CM/ECF a true and correct copy of the foregoing **ERRATA TO BANK OF AMERICA, N.A.'S MOTION FOR SUMMARY JUDGMENT** to:

Rebecca A. Fuller, Esq.
FULLER LAW PRACTICE PC
500 N. Rainbow Blvd., Suite 300
Las Vegas, NV 89107

*Attorney for Plaintiff*

Taylor A. Anello, Esq.
DICKINSON WRIGHT PLLC
8363 West Sunset Road, Suite 200
Las Vegas, NV 89113

Cynthia Alexander, Esq.
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Attorneys for Respondent Nevada Public Radio*

/s/ *Allen G. Stephens*
An employee of AKERMAN LLP