MAURY L. UDELL, ESQUIRE
Fla. Bar 121673
Beighley, Myrick & Udell, PA
150 W. Flagler Street
Suite 1800
Miami, FL 33130
Telephone: (305)349-3930
Facsimile:  (305) 349-3931
Email: mudell@bmulaw.com
*Attorneys for Plaintiff, Michael Bondi*
*Appearing Pro Hac Vice*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BONDI<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC,<br>BANK OF AMERICA, et. al<br>　　　　　Defendants | Case No.: 2:14-cv-001215-LDG-GWF<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)** |

　　　The parties respectfully submit the following Stipulation to allow Plaintiff, Michael Bondi, an additional ten (10) days to file his response to Defendants' respective Motions for Summary Judgment currently due on May 23, 2016 pursuant to ECF  No. 61. Plaintiff's new counsel is requesting additional time to review the entire file and prepare Plaintiff's responses to Defendants' Motions based on the Defendants each filed their respective Motions for Summary Judgment on April 13, 2016(ECF Nos. 53 and 57).  Plaintiff's responses are currently due by May 23, 2016.  Pursuant to the stipulation of the parties, Plaintiff shall have an additional ten

(10) days, up to and including June 3, 2016 to file his responses to the respective Motions for Summary Judgment.

Dated this 20th day of May, 2016.

**BEIGHLEY, MYRICK & UDELL, PA**

/s/
Maury L. Udell, Esq.   (FBN 121673)
Appearing Pro Hac Vice
150 West Flagler Street, #1800
Miami, FL 33133
mudell@bmulaw.com
Attorney for Plaintiff

**FULLER LAW PRACTICE, PC**

/s/
Rebecca A. Fuller, Esq. (SBN 9809)
500 N. Rainbow Blvd., Suite 300
Las Vegas, NV 89107
rfuller@fullerlawpractice.com
Attorney for Plaintiff

**AKERMAN, LLP**

/s/
Ariel E. Stern, Esq. (SBN 8276)
Allison R. Schmidt, Esq.
1160 Town Center Dr., Suite 330
Las Vegas, NV 89144
ariel.stern@akerman.com
Allison.schmidt@akerman.com
Attorney's for Defendants

## ORDER

**IT IS SO ORDERED:**

DATED this 26 day of May, 2016.

_____
**UNITED STATES DISTRICT COURT JUDGE**
LLOYD D. GEORGE