ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: allison.schmidt@akerman.com

*Attorneys for Nationstar Mortgage, LLC*

# DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| MICHAEL BONDI,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company; Bank of America, N.A., DOES I-X , inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:14-cv-001215-LDG-GWF<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF NATIONSTAR'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Plaintiff Michael Bondi, and Defendant Nationstar Mortgage, LLC (**Nationstar**), hereby stipulate and agree that Nationstar shall have an additional thirty (30) days, up to and including **July 30, 2016**, to file its Reply in Support of Nationstar's Motion for Summary Judgment, which is currently due on June 30, 2016, pursuant to ECF No. 71.

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

…

{38617190;1}

The purpose of the extension is to allow the parties to consider settlement options.

DATED this 30th day of June, 2016.    DATED this 30th day of June, 2016.

| **AKERMAN LLP** | **BEIGHLEY, MYRICK & UDELL, P.A.** |
|---|---|
| _/s/ Allison R. Schmidt_<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>ALLISON R. SCHMIDT, ESQ.<br>Nevada Bar No. 10743<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Nationstar Mortgage, LLC* | _/s/ Maury L Udell_<br>MAURY L. UDELL, ESQ.<br>Appearing Pro Hac Vice<br>Florida Bar No. 121673<br>150 W. Flagler Street, #1800<br>Miami, FL 33133<br><br>*Attorney for Plaintiffs* |

**ORDER**

IT IS SO ORDERED.

Dated: __5    July__, 2016.

_____
DISTRICT COURT JUDGE
LLOYD D. GEORGE

{38617190;1}                              2